IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                Crim. Action No.: 1:21-CR-47
                                (Judge Kleeh)

SANDRA LYNN BURT,

        Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 84], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On January 10, 2022, the Defendant, Sandra Lynn Burt ("Burt"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts Three and Five of the Indictment, charging her in Count Three with Distribution of Fifty (50) Grams or More of Methamphetamine, in violation of Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and in Count Five with Unlawful Possession of a Firearm, in violation of Title 21 U.S.C. §§ 922(g)(1) and 924(a)(2).

This Court referred Burt's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Burt stated that she understood that the magistrate judge is not

USA v. BURT                                                      1:21-CR-47

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 84],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

a United States District Judge, and Burt consented to pleading before the magistrate judge.

Based upon Burt's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Burt was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 84], finding a factual basis for the plea and recommending that this Court accept Burt's plea of guilty to Counts Three and Five of the Indictment.

The magistrate judge **remanded** Burt to the custody of the United States Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Burt nor the Government filed objections to the R&R.

2

USA v. BURT                                                    1:21-CR-47

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 84],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 84], provisionally **ACCEPTS** Burt's guilty plea, and **ADJUDGES** her **GUILTY** of the crimes charged in Counts Three and Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Burt and prepare a presentence investigation report for the Court;

2. The Government and Burt shall each provide their narrative descriptions of the offense to the Probation Officer by **February 8, 2022;**

3. The presentence investigation report shall be disclosed to Burt, her counsel, and the Government on or before **March 25, 2022;** however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

3

USA v. BURT                                                    1:21-CR-47

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 84], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

4.    Counsel may file written objections to the presentence investigation report on or before **April 8, 2022**;

5.    The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **April 22, 2022**; and

6.    Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **May 13, 2022**.

The Court further **ORDERS** that prior to sentencing, Burt's counsel shall review with her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Burt on **June 1, 2022**, at **1:00 P.M.**, at the **Clarksburg, West Virginia**, point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

USA v. BURT                                                    1:21-CR-47

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 84], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 1, 2022

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE